IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant.<br>_____ / | No. C 10-80134 JSW<br><br>**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT** |

Pursuant to a previous order of the Court, Plaintiff John William Wallace's complaints against the United States are subject to a pre-filing review. In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." In addition, Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: December 13, 2010

                                                    JEFFREY S. WHITE<br>
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: JOHN W WALLACE,

        Plaintiff,

  v.

IN RE: JOHN W WALLACE et al,

        Defendant.

Case Number: CV10-80134 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Wallace
Generay Delivery
Pasco, WA 99301

Dated: December 13, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk